RECEIVED

MAY 13 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC | CIVIL ACTION NO. 2:08CV0368 |
| vs. | JUDGE HAIK |
| JOSEPH L. MILLER et al | MAGISTRATE JUDGE METHVIN |

## CERTIFICATION FOR DIRECT APPEAL

Considering the foregoing unopposed Request for Certification for Direct Appeal to the United States Court of Appeals for the Fifth Circuit of Appellant, DaimlerChrysler Financial Services Americas LLC ("DaimlerChrysler"), pursuant to 28 U.S.C. § 158(d)(2);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the unopposed Request for Certification for Direct Appeal to the United States Court of Appeals for the Fifth Circuit is hereby GRANTED;

IT IS CERTIFIED that the Bankruptcy Court's Order Confirming Chapter 13 Plan ("Confirmation Order") appealed from involves a question of law under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA") as to which there is no controlling decision of the Court of Appeals for the Fifth Circuit or of the Supreme Court of the United States;

IT IS FURTHER CERTIFIED that the Confirmation Order appealed from involves a matter of public importance;

IT IS FURTHER CERTIFIED that the Confirmation Order appealed from involves a question of law requiring resolution of conflicting decisions within the Fifth Circuit; and

1

IT IS FURTHER CERTIFIED that an immediate appeal from the Confirmation Order may materially advance the progress of the case in which this appeal is taken.

~~Lake Charles~~ Lafayette, Louisiana this 13th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 5/13/08
BY: CW
TO: RTH
     GB

2